UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS VASQUEZ GARCIA,<br>Petitioner,<br>v.<br>JULIO HERNANDEZ et al.,<br>Respondents. | CASE NO. 2:26-cv-01202-DGE<br>ORDER |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

This matter comes before the Court on its own motion following review of the record. On May 6, 2026, the Court granted Petitioner's petition for writ of habeas corpus. (Dkt. No. 19.) The Court further granted Petitioner leave to file a motion for attorney fees no later than August 4, 2026. (*Id.* at 14.) As of today's date, Petitioner has yet to file such a motion. (*See docket generally.*) Petitioner's request for attorney fees is DENIED.

Dated this 17th day of August, 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.